UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| MICHAEL WILLIS CULLINGHAM & <br> DIANA MARIE CULLINGHAM, | CHAPTER 13 |
| DEBTORS | CASE NO. 19-60960-JWC |

### NOTICE OF FILING OF MODIFICATION OF CONFIRMED CHAPTER 13 PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**TO:**   Creditors and Other Parties in Interest

**PLEASE TAKE NOTICE** that the Debtors have filed a proposed Modification to Confirmed Chapter 13 Plan, a copy of which Modification you are receiving with this Notice or have recently received by United States Mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file a written objection with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. If the twenty-fourth (24th) day after the date of filing falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:**

> Clerk, United States Bankruptcy Court
> 1340 Russell Federal Building
> 75 Ted Turner Drive, SW
> Atlanta, Georgia 30303

If you mail an objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at: **802 Bishops Run Lane, Mableton, GA 30126.**

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification of Confirmed Chapter 13 Plan **on August 11, 2020 at 10:00 AM, Courtroom 1203, Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, Georgia 30303. If no objection is timely filed, the Court may approve the proposed Modification without further notice or hearing.**

**Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

This July 15, 2020
                                          Respectfully Submitted,
                                          JEFF FIELD & ASSOCIATES

                                          /s/ Christopher J. Sleeper

342 North Clarendon Avenue                _____
Scottdale, GA 30079                            CHRISTOPHER J. SLEEPER
404-499- 2700                                       Attorney for Debtors
contactus@fieldlawoffice.com                State Bar No. 700884

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| MICHAEL WILLIS CULLINGHAM & DIANA MARIE CULLINGHAM, | CHAPTER 13 |
| DEBTORS | CASE NO. 19-60960-JWC |

POST CONFIRMATION MODIFICATION OF
CHAPTER 13 PLAN AND REQUEST FOR APPROVAL

MODIFICATION OF PLAN

Debtors modify the Chapter 13 Plan that was confirmed on or about January 28, 2020 as follows:

1.

Debtors modify Section 2.1 to suspend the plan payment between April 2020 and August 2020 and extend the term of the case to seventy (70) months pursuant to the CARES Act.

**§ 2.1   Regular Payments to the trustee; applicable commitment period.**

The applicable commitment period for the debtor(s) as set forth in 11 U.S.C. § 1325(b)(4) is:

*Check one:*    ☐ 36 months    ☒ 60 months

Debtor(s) will make regular payments ("Regular Payments") to the trustee as follows:

The debtor(s) will pay **$1,200.00** per month for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed **70** ~~60~~ months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

*Check if applicable.*
☒ The amount of the Regular Payment will change as follows *(If this box is not checked, the rest of § 2.1 need not be completed or reproduced. Insert additional lines as needed for more changes.):*

| **Beginning on** *(insert date)*: | **The Regular Payment amount will change to** *(insert amount)*: | **For the following reason** *(insert reason for change)*: |
|---|---|---|
| **April 2020 (retroactive)** | $0.00 per month | **Covid-19 shut-down and business recovery** |
| **September 2020** | $1,200.00 | |

2.

Debtors modify Section 3.1 to include post-petition mortgage arrears incurred during the Covid-19 shutdown as follows:

**§ 3.1    Maintenance of payments and cure of default, if any.**

*Check one*.

☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced*.

☒ Beginning with the first payment that is due after the date of the order for relief under Chapter 13, the debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed directly by the debtor(s). Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated below.

If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless the Bankruptcy Court orders otherwise, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.

| Name of creditor | Collateral | Estimated amount of arrearage (if any) | Interest rate on arrearage (if applicable) | Monthly plan payment on arrearage |
|---|---|---|---|---|
| Home Point Financial Corp. | Residence 802 Bishops Run Lane Mableton, GA 30126 Cobb County | $3,988.02 | 0.00% | $75.00 |
| Home Point Financial Corp. | **Residence 802 Bishops Run Lane Mableton, GA 30126 Cobb County** | **$9,774.51 (April – August 2020, less $222.84 suspense plus $1,031.00 fees/costs)** | **0.00**% | **$300.00** |

3.

Debtors modify Section 3.3 to modify post-confirmation disbursements as follows:

**§ 3.3    Secured claims excluded from 11 U.S.C. § 506.**

*Check one*.

☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced*.

☒ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed by the trustee.

The trustee will make monthly preconfirmation adequate protection payments that 11 U.S.C. § 1326(a)(1)(C) requires to the creditor in the amount set out in the column headed *Monthly preconfirmation adequate protection payment*.

The holder of any claim listed below will retain the lien on the property interest of the debtor(s) or the estate(s) until the earlier of:

(a) payment of the underlying debt determined under nonbankruptcy law, or

(b) payment of the amount of the secured claim, with interest at the rate set forth below, and discharge of the underlying debt under 11 U.S.C. § 1328, at which time the lien will terminate and be released by the creditor.

| Name of Creditor | Collateral | Purchase date | Estimated amount of claim | Interest rate | Monthly preconfirmation adequate protection payment | Monthly postconfirmation payment to creditor by trustee |
|---|---|---|---|---|---|---|
| Santander Consumer USA | 2012 Infinity G37X 123,000 miles | Opened 03/14 Last Active 5/23/19 | $8,927.77 | 5.50% | $100.00 | **$260.00** $100.00; step to $422.00 in August 2020 |
| Wells Fargo Dealer Services | 2008 Ram 3500 211,800 miles | Opened 12/16 Last Active 4/22/19 | $11,567.18 | 5.50% | $150.00 | **$420.00** $150.00; step to $600.00 in August 2020 |

Dated: July 15, 2020

Respectfully submitted,
JEFF FIELD & ASSOCIATES

/s/ Michael Willis Cullingham
_____
Michael Willis Cullingham
Debtor

/s/ Diana Marie Cullingham
_____
Diana Marie Cullingham
Joint Debtor


/s/ Christopher J. Sleeper
_____
CHRISTOPHER J. SLEEPER
Attorney for Debtor
State Bar No. 700884

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | \| |
| | \| |
| MICHAEL WILLIS CULLINGHAM & | \|    CHAPTER 13 |
| DIANA MARIE CULLINGHAM, | \| |
| | \| |
| DEBTORS | \|    CASE NO. 19-60960-JWC |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and exact copy of the foregoing Post-Confirmation Plan Modification to the following:

Nancy J. Whaley, Chapter 13 Trustee             *Electronically*

Michael Willis Cullingham
Diana Marie Cullingham
802 Bishops Run Lane
Mableton, GA 30126

All Creditors On The
Attached Mailing Matrix

by electronic service upon filing with the Court or by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

Dated: July 15, 2020

Respectfully Submitted,
JEFF FIELD & ASSOCIATES

/s/ Christopher J. Sleeper
_____
CHRISTOPHER J. SLEEPER
Attorney for Debtors
State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

```
Label Matrix for local noticing          Allied Collection & Credit              Autry, Hall & Cook, LLP
113E-1                                   P.O. Box 640                            3330 Cumberland Blvd
Case 19-60960-jwc                        Hoschton, GA 30548-0640                 Suite 32
Northern District of Georgia                                                     Atlanta, GA 30339-8139
Atlanta
Wed Jul 15 09:39:38 EDT 2020

BME Holdings, LLC                        Andrea Lynn Betts                       CBA
663 Gunby Road                           RAS Crane, LLC                          P.O. Box 1095
Marietta, GA 30067-5134                  Suite 170                               Ellijay, GA 30540-0014
                                         10700 Abbotts Bridge Road
                                         Duluth, GA 30097-8461

Capital One                              Capital One Bank (USA), N.A.            Citibank North America
Attn: Bankruptcy                         4515 N Santa Fe Ave                     Citibank Corp/Centralized Bankruptcy
Po Box 30285                             Oklahoma City, OK 73118-7901            Po Box 790034
Salt Lake City, UT 84130-0285                                                    St Louis, MO 63179-0034


Citibank, N.A.                           Comenity Bank/Overstock                 Credit Union Loan Source
5800 S Corporate Pl                      Attn: Bankruptcy                        Attn: Bankruptcy
Sioux Falls, SD 57108-5027               Po Box 182125                           PO Box 105388
                                         Columbus, OH 43218-2125                 Atlanta, GA 30348-5388


Creditors Bureau Assoc                   Department of Education/Nelnet          R. Jeffrey Field
Attn: Bankruptcy                         Attn: Claims                            Jeffrey Field & Associates
112 Ward St                              Po Box 82505                            342 North Clarendon Avenue
Macon, GA 31204-3147                     Lincoln, NE 68501-2505                  Scottdale, GA 30079-1320


(p)GEORGIA DEPARTMENT OF REVENUE         Home Point Financial Corp.              (p)HOME POINT FINANCIAL CORPORATION
COMPLIANCE DIVISION                      Attn: Correspondence Dept               11511 LUNA ROAD
ARCS BANKRUPTCY                          11511 Luna Road                         2ND AND 3RD FLOOR
1800 CENTURY BLVD NE SUITE 9100          Suite 200                               FARMERS BRANCH TX 75234-6451
ATLANTA GA 30345-3202                    Farmers Branch, TX 75234-6451


Internal Rev. Svc.                       Internal Rev. Svc./ Insol.              Craig B. Lefkoff
P.O. Box 7346                            401 W. Peachtree St., NW                Lefkoff, Rubin, Gleason & Russo, PC
Philadelphia PA 19101-7346               Room 400, Stop 334-D                    Suite 900
                                         Atlanta, GA 30308                       5555 Glenridge Connector
                                                                                 Atlanta, GA 30342-4762


National Credit Adjusters, LLC           PRA Receivables Management, LLC         Paul J. Dzikowski, PC
327 West 4th Avenue                      PO Box 41021                            5425 Peachtree Parkway
Po Box 3023                              Norfolk, VA 23541-1021                  Norcross, GA 30092-6536
Hutchinson, KS 67504-3023


Peachtree Immediate Care                 Quantum Radiology                       Quantum3 Group LLC as agent for Comenity Cap
1275 Hwy. 54W                            PO Box 3157                             PO Box 788
Suite 201                                Indianapolis, IN 46206-3157             Kirkland, WA 98083-0788
Fayetteville, GA 30214-4538


Santander Consumer USA                   D. Anthony Sottile                      The Credit Union Loan Source
Attn: Bankruptcy                         Sottile & Barile, LLC                   1669 Phoenix Pkwy, Ste 110
Po Box 961245                            394 Wards Corner Road, Suite 180        Atlanta, GA 30349-5462
Fort Worth, TX 76161-0244                Loveland, OH 45140-8362
```

| | | |
|---|---|---|
| Tersugh Tivzenda<br>Robertson Anschutz Schneid & Crane LLC<br>10700 Abbotts Bridge Road<br>Duluth, GA 30097-8458 | Tyler Ayers<br>358 Lea Wood Circle<br>Naples, FL 34104-4134 | U.S. Department of Education CO Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Wells Fargo Bank N.A., dba Wells Fargo Auto<br>PO Box 130000<br>Raleigh, NC 27605-1000 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>PO Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Jewelry Advantage<br>Attn: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306-0438 | Wellstar Health System, Inc.<br>P.O. Box 742625<br>Atlanta, GA 30374-2625 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>Compliance Division<br>1800 Century Blvd., NE, S9100<br>Atlanta, GA 30345 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     0<br>Total                  38 |